UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID SCOTT, #191939,

       Plaintiff,

                                      Case No. 03-CV-75123
vs.                                  HON. GEORGE CARAM STEEH

B. STONE, et al.,

       Defendant.

_____/

## JUDGMENT

Pursuant to the court's order of even date granting defendants' motion for summary judgment,

IT IS ORDERED AND ADJUDGED that judgment hereby is entered in favor of defendants Bernadette Stone, Tracie Shaw, Michael Lewis, and Jan Bigelow, and against plaintiff David Scott. Plaintiff's claims are hereby DISMISSED, without prejudice, in their entirety.

Dated at Detroit , Michigan, March 6, 2006.

                                               DAVID J. WEAVER
                                               CLERK OF THE COURT

                                               BY: s/Josephine Chaffee
                                                    DEPUTY COURT CLERK

### CERTIFICATE OF SERVICE
Copies of this Order were served on the attorneys of record on March 6, 2006, by electronic and/or ordinary mail.

                                                 s/Josephine Chaffee
                                                 Secretary/Deputy Clerk