UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID SCOTT,

        Plaintiff,

                                  Case No. 03-CV-75123
vs.                                HON. GEORGE CARAM STEEH

B. STONE et al.,

        Defendant.
_____/

ORDER DENYING PLAINTIFF'S SECOND MOTION FOR RECONSIDERATION (#49) AND DENYING PLAINTIFF'S SECOND MOTION TO ALTER OR AMEND JUDGMENT (#50)

Plaintiff moves for reconsideration of this court's March 24, 2006 Order denying plaintiff's previous motion for reconsideration, and moves for a second time to alter or amend this court's March 6, 2006 Order granting defendants' motion for summary judgment, the first motion to alter or amend judgment being denied under a separate March 24, 2006 Order. The Federal Rules of Civil Procedure do not authorize successive motions for reconsideration or successive motions to alter or amend judgment. Plaintiff's motions also lack merit, as they simply reiterate previous meritless arguments, and fail to demonstrate a palpable defect that, if corrected, would result in a different disposition of this case. E.D. Mich. LR 7.1(g)(3). Accordingly,

Plaintiff's second motion for reconsideration is hereby DENIED. Plaintiff's second motion to alter or amend judgment is also hereby DENIED.

        SO ORDERED.

                                  s/George Caram Steeh
                                  GEORGE CARAM STEEH
                                  UNITED STATES DISTRICT JUDGE

Dated: April 17, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on April 17, 2006, by electronic and/or ordinary mail.

                                       s/Josephine Chaffee
                                       Secretary/Deputy Clerk

2:03-cv-75123-GCS-PJK   Doc # 54   Filed 04/17/06   Pg 2 of 2   Pg ID 546